FILED
 2011 Nov-07  AM 10:06
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURTIS E. NELSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action Number: |
| ) | 2:10-cv-1287-RBP-PWG |
| WARDEN HETZEL and the ATTORNEY ) | |
| GENERAL OF THE STATE OF ALABAMA ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

This is an action on a *pro se* petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. (Doc.[1] 1 (the "Petition" or "Pet.")). It was filed by Curtis E. Nelson ("Nelson"), an Alabama state prisoner serving a 25-year sentence at the Donaldson Correctional Facility in Bessemer, Alabama. On September 27, 2011, the magistrate judge filed a report and recommendation, recommending that the petition for writ of habeas corpus be dismissed because its claims are time barred, procedurally defaulted, and are otherwise without merit. (Doc. 10). No objections have been filed.

Having considered the fact that no objections have been filed and having considered the report and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the petition

---

[1] All citations herein to "Doc(s). ___" are to the document numbers assigned by the clerk of the court in compiling the case file.

for writ of habeas corpus is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 7th day of November, 2011.

*Robert B. Propst*

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE